IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER ADAM
BORDERS,

      Plaintiff,

vs.                              CASE NO: 3:21-CV-00302-LC-CAS

KILOLO KIJAKAZI,
Acting
Commissioner,
Social Security Administration,

      Defendant.

_____

_/

# O R D E R

    This Social Security case is before the Court on the magistrate judge's Report and Recommendation dated March 24, 2022 (ECF No. 23), which concludes that the findings of the administrative law judge (ALJ) are based upon substantial evidence in the record and the ALJ correctly applied the law. The Report recommends affirming the decision of the Commissioner to deny Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income. Id.

    The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report

and Recommendation, I have determined the Report and Recommendation should

be adopted.

Accordingly, it is ORDERED:

1.      The Magistrate Judge's Report and Recommendation (ECF No. 23) is

adopted and incorporated by reference in this order.

2.      The findings of the ALJ are based upon substantial evidence in the

record and the correct application of the law.

3.      The Commissioner's  decision to  deny Plaintiff's  applications  for

Disability Insurance Benefits and Supplemental Security Income is AFFIRMED.

4.      The Clerk is directed to close the case.

DONE AND ORDERED this 26th day of April, 2022.


        s/L.A. Collier
    **LACEY A. COLLIER**
    **SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20-cv-5421-LC-MAF